960 A.2d 1290

IN THE MATTER OF CHRISTOPHER L. MUSMANNO,
AN ATTORNEY AT LAW.

December 4, 2008.

### ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of

**CHRISTOPHER L. MUSMANNO** of **DENVILLE,** who was admitted to the bar of this State in 1988;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.1(a) (false statement of a material fact to a disciplinary authority) and *RPC* 8.4(b) (commission of a criminal act that adversely reflects on the lawyer's honesty, trustworthiness and fitness as a lawyer);

And the parties having agreed that respondent's conduct violated *RPC* 8.1(a) and *RPC* 8.4(b);

And the Disciplinary Review Board having determined that censure is the appropriate discipline for respondent's ethics violation and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **CHRISTOPHER L. MUSMANNO** of **DENVILLE** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.